876

No. 410. GOLDSCHLAG v. DEEGAN, COMMISSIONER. October 20, 1930. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Bernard Hershkoff* for petitioner. *Messrs. Arthur J. W. Hilly, Hamilton Ward,* and *J. Joseph Lilly* for respondent.

No. 415. GRAUSTEIN v. WESTMINSTER NATIONAL BANK ET AL. October 20, 1930. Petition for writ of certiorari to the Superior Court of Massachusetts, Worcester County, denied. *Ida S. Graustein, pro se.* No appearance for respondents.

No. 417. SMITH v. UNITED STATES. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Arthur I. Moulton* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch* and *W. Marvin Smith* for the United States.

No. 419. WILLIAMS v. ORDER OF UNITED COMMERCIAL TRAVELERS OF AMERICA. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Dwight L. Pendleton* for petitioner. *Mr. Beverley R. Jouett* for respondent.

No. 420. GRUEBY ET AL. v. CHRISTOPHER, ADMINISTRATRIX, ET AL.; and

No. 421. SAME v. SAME. October 20, 1930. Petitions for writs of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Foye M. Murphy* and